IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ARTURO PEREZ, | § | |
|       Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-2393-N |
| | § | |
| UNITED STATES OF AMERICA and | § | |
| UNITED STATES MARSHAL SERVICE, | § | |
|       Defendants. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, *United States of America's Motion to Dismiss Plaintiff's Motion for Return of Property with Brief in Support*, filed November 5, 2013 (doc. 19) is **GRANTED**. By separate judgment, Plaintiff's claims will be **DISMISSED with prejudice**.

SIGNED this 25th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE